LEACH JOHNSON SONG & GRUCHOW
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 1239
Email: Sanderson@leachjohnson.com
Email: Rhastings@leachjohnson.com
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148
Telephone:   (702) 538-9074
Facsimile:   (702) 538-9113
*Attorneys for Defendant Mountain Shadows Community Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNTAIN SHADOWS COMMUNITY ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP LLC; and NEVADA ASSOCIATION SERVICES,<br><br>Defendants. | Case No.:   2:16-cv-02210-RFB-GWF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR MOUNTAIN SHADOWS COMMUNITY ASSOCIATION TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (DKT. 1)**<br><br>**(FIRST REQUEST)** |

Plaintiff, Bank of America, N.A., by and through their attorney Brett Combs of AKERMAN, LLP and Defendant Mountain Shadows Community Association (the "Association"), by and through their attorney Ryan D. Hastings of LEACH JOHNSON SONG & GRUCHOW, hereby stipulate and agree as follows:

1. Plaintiff filed its Complaint on September 20, 2016 (Dkt. 1).
2. This is the first request related to Defendant's Response and the extension is not submitted for the purpose of delay or to cause undue prejudice to any party.

/ / /

/ / /

/ / /

3. The Association shall be granted up to and including **February 17, 2017** to prepare a responsive pleading to Plaintiff's Complaint [Dkt.1].

DATED this _____ day of February, 2017.

| AKERMAN, LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| /s/ Brett M. Combs<br>Ariel E. Stern<br>Nevada Bar No. 8276<br>Brett M. Combs<br>Nevada Bar No. 12570<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV  89144<br>*Attorneys for Plaintiff*<br>*Bank of America, N.A.* | Sean L. Anderson<br>Nevada Bar No. 7259<br>Ryan D. Hastings<br>Nevada Bar No. 12394<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant Mountain Shadows Community Association* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: February 9, 2017