ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> MOUNTAIN SHADOWS COMMUNITY ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP LLC; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-02210-RFB-GWF <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES TO RESPOND TO MOUNTAIN SHADOWS COMMUNITY ASSOCIATION'S MOTION TO DISMISS [ECF NO. 30]** <br><br> **[FIRST REQUEST]** |

Plaintiff Bank of America, N.A. (**BANA**) and defendant Mountain Shadows Community Association (**Mountain Shadows**) stipulate to allow BANA five additional days, until May 22, 2019, to respond to Mountain Shadows' renewed motion to dismiss complaint (ECF No. 30).

1. Mountain Shadows filed its renewed motion to dismiss complaint on May 3, 2019. ECF No. 30. BANA's response is due May 17, 2019.

2. Mountain Shadows filed its motion for summary judgment on May 13, 2019. ECF No. 35. BANA's response is due May 22, 2019.

3. The parties stipulate to extending the deadline for BANA to respond to Mountain Shadows motion to dismiss by five days, to allow BANA additional time to prepare its briefing and streamline the arguments made in response to both of Mountain Shadows' pending motions.

///

1

48874041;1

4. This is BANA's first request to extend the deadline to respond to Mountain Shadows' motion to dismiss.

DATED: May 15, 2019.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
|---|---|
| */s/ Scott R. Lachman* | */s/ Ryan D. Hastings* |
| Ariel E. Stern, Esq. | Sean L. Anderson, Esq. |
| Nevada Bar No. 8276 | Nevada Bar No: 7259 |
| Scott R. Lachman, Esq. | Ryan D. Hastings, Esq. |
| Nevada Bar No. 12016 | Nevada Bar No. 12394 |
| 1635 Village Center Circle, Suite 200 | 2525 Box Canyon Drive |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff Bank of America, N.A.* | *Attorneys for Mountain Shadows Community Association* |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of May, 2019.

2

48874041;1