1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  SCOTT R. LACHMAN, ESQ.
   Nevada Bar No. 12016
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: scott.lachman@akerman.com

7  *Attorneys for Bank of America, N.A.*

8

9              **UNITED STATES DISTRICT COURT**

10                **DISTRICT OF NEVADA**

11

12  BANK OF AMERICA, N.A.,                  Case No.: 2:16-cv-02210-RFB-GWF

13                        Plaintiff,        **STIPULATION AND ORDER TO
                                            SUBSTITUTE REAL PARTY IN
    vs.                                     INTEREST**
14
    MOUNTAIN SHADOWS COMMUNITY
15  ASSOCIATION; LAS VEGAS
    DEVELOPMENT GROUP LLC; and
16  NEVADA ASSOCIATION SERVICES, INC.,

17                        Defendants.

18

19          Bank of America, N.A (**BANA**) and Las Vegas Development Group, LLC (**LVDG**) stipulate

20  as follows:

21          1.      LVDG purchased the real property located at 6225 Hardgate Street, North Las Vegas,

22  Nevada 89031-1392 (the **property**) at an HOA foreclosure sale on May 18, 2012 via a foreclosure

23  deed recorded in Clark County as instrument number 201205240002505.

24          2.      On December 16, 2016, LVDG granted the property to Airmotive Investments, LLC

25  (**Airmotive**) through a grant deed recorded in Clark County as instrument number 20170105-0003306.

26          3.      LVDG and Airmotive are affiliated business entities with identical common ownership.

27          4.      LVDG no longer has a current interest in the real property that is the subject matter of

28  this lawsuit. The interest has been granted to Airmotive.

49101597;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    5.    Airmotive will be substituted in for LVDG as the real party in interest as a defendant

2 in this matter.  Airmotive adopts and asserts all of the claims and defenses previously asserted by

3 LVDG and LVDG's role in this matter will be terminated.

4    6.    Airmotive agrees to participate as a witness at trial if this case is not resolved by

5 summary judgment.

6    7.    The caption in this matter shall be changed accordingly.

7    DATED this 13th day of June, 2019.

8

| AKERMAN LLP | ROGER P. CROTEAU & ASSOCIATES, LTD. |
|---|---|
| /s/ Scott R. Lachman | /s/ Timothy E. Rhoda |
| ARIEL E. STERN, ESQ. | TIMOTHY E. RHODA, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 7878 |
| SCOTT R. LACHMAN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 4958 |
| 1635 Village Center Circle, Suite 200 | 9120 W. Post Road, Suite 100 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89148 |
| | |
| *Attorneys for Bank of America, N.A.* | *Attorneys for Las Vegas Development Group, LLC and Airmotive Investments, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _ 6/18/2019 _____

49101597;1